## GARRY POGIL
## ATTORNEY AT LAW

1120 Avenue of the Americas, 4th Floor, New York, NY 10036
Tel: 212-626-6825   Fax: 646-349-3468   Email: garry.pogil@gmail.com

To:  Honorable Taryn A. Merkl

Re:  <u>Potential scheduling conflict</u>:
    <u>Smart v. USA Labor for Hire, Inc, et al</u>
    <u>Case No. 1:20cv05594-TAM</u>

July 24, 2023

Your Honor:

I represent the Defendants on the above-referenced matter.  I write with respect to the Court's Rescheduling Order rescheduling jury selection to 11/20/2023 and the trial to 11/27/2023.

I have a previously scheduled trial in New Jersey that is scheduled for jury selection on 11/13/2023, and the actual trial will likely last for two weeks.

I write this letter out of an abundance of caution because my New Jersey matter may conflict with these proceedings.

Respectfully Submitted,

*Garry Pogil*
Garry Pogil, Esq