# GARRY POGIL
## ATTORNEY AT LAW

1120 Avenue of the Americas, 4th Floor, New York, NY 10036
Tel: 212-626-6825   Fax: 646-349-3468   Email: garry.pogil@pogillaw.com

To: Honorable Taryn A. Merkl

Re:  <u>Defendants' Response to Plaintiff's Motion *in Limine*</u> – Case No. 20cv05594-TAM

Your Honor:

The Defendants' main witness from Grenada (Peter Ashton) has agreed to testify in person,

therefore, there is no need at this point for anyone to testify remotely.  Defendants' witnesses will

be as follows: Oleg Tsimbler, Svitlana Krushelnytska, Natalya Gritsayuk, and Peter Ashton.

Dated: December 28, 2023

Respectfully submitted,

*Garry Pogil*
Garry Pogil (*Attorney for the Defendants*)