UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X    Case No. 20-cv-5594 (TAM)

KATHYANN SMART,

                    Plaintiff,

        - against-    PLAINTIFF'S PROPOSED
    VERDICT SHEET

USA LABOR FOR HIRE, INC., RC GLOBAL ENERGY
GROUP, INC., AND OLEG TSIMBLER, *IN HIS
INDIVIDUAL AND OFFICIAL CAPACITIES*,

                    Defendants.
------------------------------------------------------------------------X

## PLEASE MARK YOUR ANSWER WITH AN "X"

<u>Sex/Gender Discrimination Claims</u>

1. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to sex/gender-based harassment, in violation of Title VII of the Civil Rights Act of 1964:

    a. By USA Labor for Hire, Inc.

        Yes _____        No _____

    b. By RC Global Energy Group, Inc.

        Yes _____        No _____

2. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to sex/gender-based harassment, in violation of the New York City Human Rights Law:

    a. Oleg Tsimbler

        Yes _____        No _____

    b. By USA Labor for Hire, Inc.

        Yes _____        No _____

    c. By RC Global Energy Group, Inc.

        Yes _____        No _____

National Origin Discrimination Claim

3.  Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to national origin-based harassment, in violation of Title VII of the Civil Rights Act of 1964:

    a.  By USA Labor for Hire, Inc.

        Yes _____                  No _____

    b.  By RC Global Energy Group, Inc.

        Yes _____                  No _____

4.  Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to national origin-based harassment, in violation of the New York City Human Rights Law:

    a.  Oleg Tsimbler

        Yes _____               No _____

    b.  By USA Labor for Hire, Inc.

        Yes _____               No _____

    c.  By RC Global Energy Group, Inc.

        Yes _____               No _____

Race Discrimination Claims

5.  Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to race-based harassment, in violation of Title VII of the Civil Rights Act of 1964:

    a.  By USA Labor for Hire, Inc.

        Yes _____                  No _____

    b.  By RC Global Energy Group, Inc.

        Yes _____                  No _____

6. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to race-based harassment, in violation of the New York City Human Rights Law:

    a. Oleg Tsimbler

        Yes _____                    No _____

    b. By USA Labor for Hire, Inc.

        Yes _____                    No _____

    c. By RC Global Energy Group, Inc.

        Yes _____                    No _____

<u>Discriminatory Termination Claims</u>

7. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to a discriminatory termination in violation of Title VII of the Civil Rights Act of 1964, when Defendants terminated her employment:

    a. By USA Labor for Hire, Inc.

        Yes _____                    No _____

    b. By RC Global Energy Group, Inc.

        Yes _____                    No _____

8. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to a discriminatory termination in violation of the New York City Human Rights Law, when Defendants terminated her employment:

    a. By Oleg Tsimbler

        Yes _____                    No _____

    b. By USA Labor for Hire, Inc.

        Yes _____                    No _____

    c. By RC Global Energy Group, Inc.

        Yes _____                    No _____

Retaliation Claims

9. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to retaliation in violation of Title VII of the Civil Rights Act of 1964, when Defendants terminated her employment:

    d.  By USA Labor for Hire, Inc.

        Yes _____        No _____

    e.  By RC Global Energy Group, Inc.

        Yes _____        No _____

10. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to retaliation in violation of the New York City Human Rights Law, when Defendants terminated her employment:

    a.  Oleg Tsimbler

        Yes _____        No _____

    b.  By USA Labor for Hire, Inc.

        Yes _____        No _____

    c.  By RC Global Energy Group, Inc.

        Yes _____        No _____

Defamation Claim

11. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to defamation under the New York Common Law, by Defendant Oleg Tsimbler:

        Yes _____        No _____

4

*If you have answered "Yes" to any part of any of the above Questions 1 – 11, please continue on to Questions 12 – 14.  If not, you are finished.*

<u>Damages</u>

Remember, you can only award damages from those Defendants who you have found liable in any of Questions 1 – 11.  In considering a particular Defendant, if you did not answer "Yes" to any of Questions 1 – 11, you may not award damages against that Defendant.

12. Has Ms. Smart proved, by a preponderance of evidence, that she is entitled to lost wages damages?

    a.  From Oleg Tsimbler?

        Yes _____               No _____

        i.  If you answered "Yes," what amount of lost wages from Oleg Tsimbler?

        $

    b.  From USA Labor for Hire, Inc.?

        Yes _____               No _____

        i.  If you answered "Yes," what amount of lost wages from USA Labor for Hire, Inc.?

        $

    c.  From RC Global Energy Inc.?

        Yes _____               No _____

        i.  If you answered "Yes," what amount of lost wages from RC Global Energy Inc.?

        $

13. Has Ms. Smart proved, by a preponderance of the evidence, that she is entitled to compensatory damages for emotional distress:

    a.  From Oleg Tsimbler?

        Yes _____               No _____

        i.   If you answered "Yes," what amount of compensatory damages from Oleg Tsimbler?

           $

    b.  From USA Labor for Hire, Inc.?

        Yes _____               No _____

        i.   If you answered "Yes," what amount of compensatory damages from USA Labor for Hire, Inc.?

           $

    c.  From RC Global Energy Inc.?

        Yes _____               No _____

        i.   If you answered "Yes," what amount of compensatory damages from RC Global Energy Inc.?

           $

14. Has Ms. Smart proved, by a preponderance of the evidence, that she is entitled to punitive damages:

    a.  From Oleg Tsimbler?

        Yes _____               No _____

        i.  If you answered "Yes," what amount of punitive damages from Oleg Tsimbler?

        $

    a.  From USA Labor for Hire, Inc.?

        Yes _____               No _____

        i.  If you answered "Yes," what amount of punitive damages from USA Labor for Hire, Inc.?

        $

    a.  From RC Global Energy, Inc.?

        Yes _____               No _____

        i.  If you answered "Yes," what amount of punitive damages from RC Global Energy, Inc.?

        $

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*You are finished.  Please sign and date this form*

_____            _____

Signature of Foreperson                        Date