UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

KATHYANN SMART,

                        Plaintiff,

     -against-

USA LABOR FOR HIRE, INC. ET AL.,

                        Defendants.

-----------------------------------------------------------X

**VERDICT FORM**

**20-CV-5594 (TAM)**

**PLEASE MARK YOUR ANSWER WITH AN "X"**

## Hostile Work Environment Claims

1. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to a **hostile work environment**, in violation of **Title VII of the Civil Rights Act of 1964**:

   a. By USA Labor for Hire, Inc.
       i. Yes _X_    No _____
       ii. *If your answer to question 1(a) is yes, on which of the following grounds do you unanimously find that Ms. Smart has established a hostile work environment?*

               Sex/gender
                   Yes _X_        No _____

               Race/color
                   Yes _X_        No _____

               National origin
                   Yes _____        No _X_

   b. By RC Global Energy Group, Inc.
       i. Yes _X_    No _____
       ii. *If your answer to question 1(b) is yes, on which of the following grounds do you unanimously find that Ms. Smart has established a hostile work environment?*

               Sex/gender
                   Yes _X_        No _____

               Race/color
                   Yes _X_        No _____

National origin
      Yes _____        No _X___

2. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to a **hostile work environment**, in violation of the **New York City Human Rights Law**:

    a. By USA Labor for Hire, Inc.
       i. Yes _X___    No _____
      ii. *If your answer to question 2(a) is yes, on which of the following grounds do you unanimously find that Ms. Smart has established a hostile work environment?*
          Sex/gender
              Yes _X___        No _____

          Race/color
              Yes _X___        No _____

          National origin
              Yes _____       No _X___

    b. By RC Global Energy Group, Inc.
       i. Yes _X___    No _____
      ii. *If your answer to question 2(b) is yes, on which of the following grounds do you unanimously find that Ms. Smart has established a hostile work environment?*

          Sex/gender
              Yes _X___        No _____

          Race/color
              Yes _X___        No _____

          National origin
              Yes _____       No _X___

    c. By Oleg Tsimbler
       i. Yes _X___    No _____
      ii. *If your answer to question 2(c) is yes, on which of the following grounds do you unanimously find that Ms. Smart has established a hostile work environment?*

          Sex/gender
              Yes _X___        No _____

          Race/color
              Yes _X___        No _____

National origin

Yes _____ No _X___

## Discriminatory Termination Claims

3. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to **discriminatory termination**, in violation of **Title VII of the Civil Rights Act of 1964**, when Defendants terminated her employment:

    a. By USA Labor for Hire, Inc.
        i. Yes _____ No _X___
        ii. *If your answer to question 3(a) is yes, on which of the following grounds do you unanimously find that Ms. Smart has established discriminatory termination?*

            Sex/gender

                Yes _____ No _____

            Race/color

                Yes _____ No _____

            National origin

                Yes _____ No _____

    b. By RC Global Energy Group, Inc.
        i. Yes _____ No _X___
        ii. *If your answer to question 3(b) is yes, on which of the following grounds do you unanimously find that Ms. Smart has established discriminatory termination?*

            Sex/gender

                Yes _____ No _____

            Race/color

                Yes _____ No _____

            National origin

                Yes _____ No _____

4. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to **discriminatory termination**, in violation of the **New York City Human Rights Law**, when Defendants terminated her employment:

    a. By USA Labor for Hire, Inc.
        i. Yes _____ No _X___
        ii. *If your answer to question 4(a) is yes, on which of the following grounds do you unanimously find that Ms. Smart has established discriminatory termination?*

            Sex/gender

                Yes _____ No _____

Race/color
Yes _____                    No _____

National origin
Yes _____                    No _____

b. By RC Global Energy Group, Inc.
   i. Yes _____   No _X____
   ii. *If your answer to question 4(b) is yes, on which of the following grounds do you unanimously find that Ms. Smart has established discriminatory termination?*
Sex/gender
Yes _____                    No _____

Race/color
Yes _____                    No _____

National origin
Yes _____                    No _____

c. By Oleg Tsimbler
   i. Yes _____   No _X___
   ii. *If your answer to question 4(c) is yes, on which of the following grounds do you unanimously find that Ms. Smart has established discriminatory termination?*
Sex/gender
Yes _____                    No _____

Race/color
Yes _____                    No _____

National origin
Yes _____                    No _____

## Retaliation Claims

5. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to **retaliation**, in violation of **Title VII of the Civil Rights Act of 1964**, when Defendants terminated her employment:

a. By USA Labor for Hire, Inc.
Yes _X___   No _____

b. By RC Global Energy Group, Inc.
Yes _X___   No _____

6. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to **retaliation**, in violation of the **New York City Human Rights Law**, when Defendants terminated her employment:

   a. By USA Labor for Hire, Inc.
      Yes _X_    No _____

   b. By RC Global Energy Group, Inc.
      Yes _X_    No _____

   c. By Oleg Tsimbler
      Yes _X_    No _____

## Defamation Claim

7. Has Ms. Smart proved, by a preponderance of the evidence, that she was subjected to defamation under New York Common Law, by Oleg Tsimbler?
   Yes _X_    No _____

*If you have answered "Yes" to any part of any of the above Questions 1–7, please continue on to Questions 8–10. If not, you are finished.*

## Damages

Remember, you can only award damages from those Defendants who you have found liable in any of Questions 1–7. In considering a particular Defendant, if you did not answer "Yes" to any of Questions 1–7, you may not award damages against that Defendant.

8. Has Ms. Smart proved, by a preponderance of evidence, that she is entitled to **lost wages damages**?

   a. From Oleg Tsimbler?
      Yes _X_    No _____

      i. *If your answer to question 8(a) is yes, what amount of lost wages from Oleg Tsimbler?*

      $ _50,000_

b. From USA Labor for Hire, Inc.?
Yes __X__ No _____

   i. *If your answer to question 8(b) is yes, what amount of lost wages from USA Labor for Hire, Inc.?*

   $ __50,000__

c. From RC Global Energy Group, Inc.?
Yes __X__ No _____

   i. *If your answer to question 8(c) is yes, what amount of lost wages from RC Global Energy Group, Inc.?*

   $ __50,000__

9. Has Ms. Smart proved, by a preponderance of evidence, that she is entitled to **compensatory damages** for emotional distress?

a. From Oleg Tsimbler?
Yes __X__ No _____

   i. *If your answer to question 9(a) is yes, what amount of compensatory damages from Oleg Tsimbler?*

   $ __50,000__

b. From USA Labor for Hire, Inc.?
Yes __X__ No _____

   i. *If your answer to question 9(b) is yes, what amount of compensatory damages from USA Labor for Hire, Inc.?*

   $ __5,000__

c. From RC Global Energy Group, Inc.?
Yes __X__ No _____

   i. *If your answer to question 9(c) is yes, what amount of compensatory damages from RC Global Energy, Inc.?*

   $ __5,000__

10. Has Ms. Smart proved, by a preponderance of evidence, that she is entitled to **punitive damages** for emotional distress?

a. From Oleg Tsimbler?
Yes __X__ No _____

i. *If your answer to question 10(a) is yes, what amount of punitive damages from Oleg Tsimbler?*

$ 40,000

b. From USA Labor for Hire, Inc.?
Yes __X__ No _____

i. *If your answer to question 10(b) is yes, what amount of punitive damages from USA Labor for Hire, Inc.?*

$ 5,000

c. From RC Global Energy Group, Inc.?
Yes __X__ No _____

i. *If your answer to question 10(c) is yes, what amount of punitive damages from RC Global Energy, Inc.?*

$ 5,000

*********************

*You are finished. Please sign and date this form.*

_Ryan M_____       1/18/2024
Signature of Foreperson       Date

7