UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X     Index No.: 20-cv-5594 (TAM)

KATHYANN SMART,

                        Plaintiff,

                -against-

USA LABOR FOR HIRE, INC., RC GLOBAL ENERGY
GROUP, INC., AND OLEG TSIMBLER, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITIES,

                      Defendants.

------------------------------------------------------------------X

**DECLARATION OF STEVEN
FINGERHUT, ESQ. IN
SUPPORT OF PLAINTIFF'S
MOTION FOR ATTORNEYS'
FEES AND COSTS**

I, Steven Fingerhut, Esq., am an attorney duly admitted to practice law before the United States District Court for the Eastern District of New York, and affirm the truth of the following under the penalties of perjury:

1.    I am a Partner with Phillips & Associates, PLLC ("Phillips & Associates") and served as trial counsel for Plaintiff, Kathyann Smart. In 2013, I graduated from Albany Law School and was admitted to practice law in the State of New York in January 2014 and in the State of New Jersey in 2020. I am a member in good standing in all courts in which I am admitted.

2.    Except where expressly noted, I have personal knowledge of the following facts, and if called as a witness, could and would competently testify to their truth. I make this declaration in support of Plaintiff's application, pursuant to 42 U.S.C. § 2000e-5(k) and Federal Rule of Civil Procedure 54(d), for an order awarding Plaintiff attorneys' fees and costs as the prevailing party in this litigation.

3.    A true and correct copy of the jury's verdict sheet, filed by the Court on January 18, 2024, is attached hereto as **Exhibit A**.

4.    Phillips & Associates has 48 employees, 31 of which are lawyers, and regularly litigates against large and small institutions and defense firms. The attorney to staff ratio is particularly high due to the complexity of cases that the firm takes on. To that end, the vast majority of the cases that Phillips & Associates handles involve claims of workplace harassment, discrimination, hostile work environment, and retaliation. The firm only represents employees in these workplace matters, and nearly all cases are handled on a contingency fee basis, where the client does not pay the firm a retainer or hourly fee. At the same time, the firm's clients do not make even a token contribution to litigation expenses. Accordingly, the firm is compensated either based upon a percentage of any judgment or settlement, or through court-ordered fee awards and settlements. The firm bears all the costs of litigation while the case is pending, and it often releases the client from any obligation to pay for expenses which have been advanced if there is no recovery.

5.    Phillips & Associates utilizes an hour tracking system, Casetracker, in which all work is entered contemporaneously, and reports can be printed.

6.    Below, I summarize the contributions and professional backgrounds of the attorneys and support staff for whom we are requesting fees[1]. Contemporaneous time records were extracted directly from Phillips & Associates' Casetracker software and are appended to this Declaration as **Exhibit B**.

### I.    Attorneys and Staff

### A.  Steven Fingerhut, Esq.

7.    By way of background, I am a Partner at Phillips & Associates and have been barred in the State of New York for 10 years.

8.    Since my admission to the Bar, I have almost exclusively represented clients in civil rights litigation. For over 8 years I have solely represented plaintiffs in employment disputes at Phillips & Associates. I became a partner of the firm in 2020.

9.    I have considerable experience representing employees in a wide range of employment discrimination matters.  I manage a variety of cases involving sexual harassment and discrimination based on race, national origin, gender, pregnancy, age, disability, religion, caregiver status, and sexual orientation.  I have handled hundreds of cases from inception through resolution, whether settlement or trial. Currently I manage my own case load of approximately 50 cases, as well as oversee a managing attorney with her own caseload of approximately 40 cases.

10.    My prior trial experience includes the 2017 verdict in *Weng v. Fancy Lee Sushi, et al.*, Case No.: 2:15-cv-05737, in which the jury returned a unanimous Plaintiff's verdict in the Eastern District of New York for pregnancy/gender discrimination claims. I also served as second chair in the 2018 trial in which sexual orientation discrimination claims were asserted under Title VII. *Giove v. NYC Board of Education, et al.*, Case No.: 1:15-cv-02998. I additionally tried a hostile work environment and retaliation employment case in 2021 in NY County Supreme Court – *Crump v. NYCHA, et al.*, Index No.: 163138/2015, in which the case settled on the third day of trial, resulting in a public $85,000 payment to the Plaintiff.

11.    Most recently, I obtained a Plaintiff's verdict in the 2022 trial, *Grant v. Pexie Enterprises, Inc. et al.*, Index No.: 704041/2015, in which a unanimous jury awarded $112,000 and found the plaintiff proved a hostile work environment and assault and battery. The case was defended by Frederick Brewington, Esq.

12.    I have also been recognized by SuperLawyers for my contributions in employment discrimination as well as the Multi-Million Dollar Advocates Forum.

---

[1] We are only seeking an award of fees for attorneys and staff who performed more than 15 hours of work on the case.

13. I expended 119.40 hours of time representing Kathyann Smart in the instant matter. *See* Exhibit B.

14. Given the above-described experience, as well as my own market rate, I respectfully request $400 per hour for my work.

**B.  Gregory Calliste, Jr., Esq.**

15. Mr. Calliste graduated from the New York Law School in May 2003 and was admitted to practice law in the States of New York and New Jersey in January 2004.

16. Currently, Mr. Calliste is a Partner at Phillips and Associates. In this position, he manages a team consisting of one associate and one paralegal, who assist him in all of his cases. He has been employed at Phillips and Associates since November 2016.

17. Prior to Phillips and Associates, Mr. Calliste was employed as Senior Attorney at the Law Office of Frederick K. Brewington ("Brewington Office") for 12 years. He began as a Junior associate in the year 2004. He became a senior litigator in or around the year 2009 and he maintained that title until he ceased employment at the Brewington Firm in the year 2016.

18. As an attorney at the Brewington Firm, and now at Phillips and Associates, Mr. Calliste's primary area of practice has been in the areas of employment, civil rights actions against municipalities, personal injury, and criminal law.

19. Prior to his employment at the Brewington Office, Mr. Calliste served as a Law Student Associate in the New York City firm of Queller, Fisher, Dienst, Serrins, Washor, Kool, LLP - a firm that specializes in tort litigation. Accordingly, he has been continuously employed in law firms that all specialize in litigation in different areas of law for over 20 years.

20. Mr. Calliste is a member of the Bars of the States of New York and New Jersey, as well as the Bars of the Eastern District of New York, and Southern District of New York. He is also admitted to practice in the Second Circuit Court.

21. Over the years, Mr. Calliste has practiced extensively and primarily in the area of Federal Civil Rights law and has been engaged in the litigation of complex civil rights law matters in this Court, the Eastern District of New York on all levels, as well as the Second Circuit Court of Appeals. Overall, he has participated in well over 100 reported cases - as well as hundreds of unreported cases on the State and Federal Level. Also, he has participated in dozens of appeals before the Second Circuit and 1st and 2nd Department Appellate Divisions.

22. Many of the matters that Mr. Calliste was involved in, such as *Tardd v. Brookhaven National Labs*, et al., 04-CV-3262 (ADS)(ARL); *Dorsett v County of Nassau, et.al.*, Docket No.: CV-10-1258 (ADS)(AKT); *Osama Saleh v. Pretty Girl, Inc., et al.*, Docket No.: 09-

CV-1769 (RER)(EDNY); *Greenaway et al v. County of Nassau et al.*, 11-CV-02024-WFK-AKT were litigated to trial and received multi-million dollar verdicts and/or settlements.

23. It is important to note that Mr. Calliste has additionally litigated in state courts (criminal, civil and family courts) and/or administrative tribunals. Added together, the number of cases that he has tried and/or litigated are in the hundreds.

24. Mr. Calliste expended 68.20 hours of time representing Kathyann Smart in the instant matter. *See* Exhibit B**.**

25. Given the above, relying on the authorities listed in the memorandum of law in support of Plaintiff's request for attorney's fees, we seek an hourly rate of $400 per hour for Mr. Calliste, which, I believe to be fair and reasonable for an attorney of his skill, qualifications, and experience.

### C. Alexandria Jean-Pierre, Esq.

26. Ms. Jean-Pierre graduated from St. John's University in 2003, with a B.S. in business management and a minor in government.

27. She received her J.D. from Rutgers School of Law in 2008 in Camden, New Jersey. While in law school, she served as the Articles Editor for the Journal of Law and Public Policy. Ms. Jean-Pierre was admitted to practice in 2009. Upon graduating from law school, Ms. Jean-Pierre completed a one-year judicial clerkship in the Superior Court of the District of Columbia.

28. After completing her clerkship, Ms. Jean-Pierre served as an Agency Attorney with the NYC Administration for Children's Services ("ACS") for almost six years, where she advocated on behalf of the agency in Family Court, presenting Article 10 neglect and abuse matters. As an Agency Attorney, Ms. Jean-Pierre also appeared before the 2nd Department to appeal adverse Family Court decisions.

29. Following her tenure at ACS, Ms. Jean-Pierre served as an Agency Attorney at the NYC Department of Education. There, she served in the Administrative Trials Unit, presenting disciplinary matters before various administrative bodies and in arbitrations.

30. Ms. Jean-Pierre worked for MTA Bridges and Tunnels from September 2017-November 2021 as labor counsel, reporting directly to the Vice President of Labor Relations.

31. In that capacity, she appeared on behalf of the Authority in collective bargaining arbitrations, before the Public Employee Relations Board ("PERB") and the Office of Administrative Trials and Hearings ("OATH"). She also appeared on behalf of Management in Labor/Management meetings and grievances with the various unions and collaborated with management and other departments to advise on the collective bargaining agreement, disciplinary matters and other labor issues.

32.    Prior to joining Phillips & Associates, Ms. Jean-Pierre was an associate at a firm in Garden City, Long Island, where her practice emphasized wage and hour and employment discrimination claims in front of federal and state court and administrative agencies. She worked on cases from intake through civil litigation proceedings, including factfinding work, drafting pleadings, conducting and defending depositions, and engaging in law, motion, and trial practice.

33.    Ms. Jean-Pierre joined Phillips & Associates in 2022, and as Associate, Ms. Jean-Pierre serves as a support to Gregory Calliste, Jr., Esq. in this role and engages in all aspects of litigation from inception to trial.

34.    Ms. Jean-Pierre is admitted to practice in New York, New Jersey as well as in the Southern District of New York, Eastern District of New York and the District of New Jersey.

35.    Ms. Jean-Pierre expended 110.40 hours of time representing Kathyann Smart in the instant matter.  *See* Exhibit B**.**

36.    Given the above, relying on the authorities listed in paragraphs above, we seek an hourly rate of $350 per hour for Ms. Jean-Pierre, which, I believe to be fair and reasonable for an attorney of her skill, qualifications, and experience.

### D.  Yusha Hiraman

37.    Ms. Hiraman graduated *cum laude* with a Bachelor of Arts in political science from SUNY Stony Brook University, where she joined the Golden Key Honour Society, the Sigma Beta Community Service Honor Society, and Pi Sigma Alpha Political Science Honor Society. She was active with Phi Alpha Delta of Law Fraternity International, SBU Pre-Law Chapter, West Apartments Hall Council, West Indian Student Organization, and Hindu Student Council.

38.    Ms. Hiraman received her J.D. at the Maurice A. Deane School of Law at Hofstra University with a Pro Bono Program Certificate (Gold Level). While there, she was involved with Phi Alpha Delta, Law Fraternity International (John F. Kennedy Chapter), and the Hofstra Labor and Employment Law Society. She also served as Student Ambassador and as Co-Secretary of the South Asian Law Students Association.  Ms. Hiraman was admitted to practice in 2015.

39.    Ms. Hiraman's professional affiliations include the South Asian Bar Association of New York, the Asian American Bar Association of New York, the National Employment Lawyers Association/New York, the National Employment Lawyers Association, and the New York City Bar Association. She has been admitted to practice law in New York courts, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York.

40.     After graduating from Law School, Ms, Hiraman worked at her *alma matter*, Hofstra University, in the admissions and recruiting department and was charged with the responsibility of student recruitment.

41.     Then, in the year 2015 Ms. Hiraman began working for the Law Office of Steven Moser as an associate/attorney, also in the area of Employment law. Following her employment at the Moser firm, Ms. Hiraman began working for the law firm Borrelli and Associates in August 2015 through April 2016 wherein she was employed again as an associate/attorney. Ms. Hiraman's experience at the Moser and Borrelli Firms mirror her experience at her employment at Phillips and Associates, which will be explained in detail below.

42.     Ms. Hiraman was hired by Phillips and Associates in February 2017 as an associate/attorney. In her role, Ms. Hiraman supported several Senior Litigators and Partners in hundreds of employment cases. Indeed, given her experience and reliability, Ms. Hiraman was often assigned to act as the associate for multiple attorneys at a time covering hundreds of cases at once.

43.     Ms. Hiraman has written dozens of briefs and has made and opposed numerous applications and/or dispositive motions in State and Federal Courts of New York – all in the area of employment law and civil rights. Indeed, given her acumen, Ms. Hiraman was often tasked with the responsibility of training and supervising other associates, paralegals, and support staff with regard to discovery, procedure, writing, and legal research.

44.     Ms. Hiraman has since left this firm and has joined the law firm of Wilson Elser as an Associate in their Employment Law Division.

45.     Ms. Hiraman expended 92.70 hours of time representing Kathyann Smart in the instant matter. *See* Exhibit B.

46.     Given the above, relying on the authorities included in Plaintiff's memorandum of law, we seek an hourly rate of $250 per hour for Ms. Hiraman, which, I believe to be fair and reasonable for an attorney of her skill, qualifications, and experience.

## II.     Support Staff

47.     Ms. Jennifer Astudillo and Ms. Susanna Kuralt were the paralegals assigned to this case and both have worked extensively on this matter.

48.     Ms. Astudillo expended 28.70 hours of time assisting the above attorneys in representing Kathyann Smart in the instant matter. *See* Exhibit B.

49.     Ms. Kuralt expended 40.60 hours of time assisting the above attorneys in representing Kathyann Smart in the instant matter. *See* Exhibit B.

50.     Respectfully, we ask that the District Court approve the rate of $100.00 per hour for paralegal Jennifer Astudillo and Susanna Kuralt, consistent with the rulings in this District.

**Total Attorney's Fees Sought in This Application**

51.    Steven Fingerhut, Esq. completed 41.60 hours of work on this case (*See* **Exhibit B**). At a (requested) rate of $400 per hour, Plaintiff seeks **$47,760** (41.60 hours x $400 per hour) in attorney's fees for Mr. Fingerhut.

52.    Gregory Calliste, Jr., Esq. completed 89.10 hours of work on this case (*See* Exhibit B). At a (requested) rate of $400 per hour, Plaintiff seeks **$27,280** (68.20 hours x $400 per hour) in attorney's fees for Mr. Calliste.

53.    Alexandria Jean Pierre, Esq. completed 151.40 hours of work on this case (*See* Exhibit B). At a (requested) rate of $350 per hour, Plaintiff seeks **$38,640** (110.40 hours x $350 per hour) in attorney's fees for Ms. Jean Pierre.

54.    Yusha Hiraman, Esq. completed 127.70 hours of work on this case (*See* Exhibit B). At a (requested) rate of $250 per hour, Plaintiff seeks **$23,175** (92.7 hours x $250 per hour) in attorney's fees for Ms. Hiraman.

55.    Paralegal Jennifer Astudillo completed 28.70 hours of work on this case (*See* Exhibit B). At a (requested) rate of $100 per hour, Plaintiff seeks **$2,870** (18.40 hours x $100 per hour) in attorney's fees for Ms. Astudillo.

56.    Paralegal Susanna Kuralt completed 38 hours of work on this case (*See* Exhibit B). At a (requested) rate of $100 per hour, Plaintiff seeks **$4,060** (40.60 hours x $100 per hour) in attorney's fees for Ms. Kuralt.

### III.    Costs and Expenses

57.    We are also requesting reimbursement of the **$5,318.80** in costs that we expended in litigating this matter.  A true and correct copy of the expense report is annexed hereto as **Exhibit C**.

### IV.    Conclusion

58.      In sum, we are requesting **$149,103.80** in fees and expenses.

59.      I swear under penalty of perjury that the foregoing is true and correct.


Dated: February 2, 2024
       New York, New York


                                               **Phillips & Associates, PLLC**


                                              */s/ Steven Fingerhut*_____
                                                Steven Fingerhut, Esq.
                                                45 Broadway, Suite 430
                                                New York, NY 10006
                                                (212) 248-7431
                                                *sfingerhut@tpglaws.com*