UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KATHYANN SMART,

                Plaintiff,                                JUDGMENT
      v.                                                  20-CV-5594 (TAM)

USA LABOR FOR HIRE, INC., RC GLOBAL
ENERGY GROUP, INC., and OLEG TSIMBLER,

                Defendants.
------------------------------------------------------------ X

        A Memorandum and Order of the Honorable Taryn A. Merkl, United States Magistrate Judge, having been filed on June 26, 2024, denying Defendants' motion for a new trial pursuant to Federal Rules of Civil Procedure 50(b) and 59 or, in the alterative; granting Plaintiff's motion for attorneys' fees, costs, and pre- and post-judgment interest; awarding Plaintiff the following amounts: 1) $150,000 in actual damages ($50,000 from Defendant Oleg Tsimbler, $50,000 from Defendant USA Labor for Hire, Inc., and $50,000 from Defendant RC Global Energy Group, Inc.); 2) Pre-judgment interest on Plaintiff's actual damages award of $150,000, calculated at the rate of interest referred to in 28 U.S.C. § 1961, from January 15, 2020, through the date judgment is entered, compounded annually; 3) $60,000 in compensatory damages ($50,000 from Defendant Oleg Tsimbler, $5,000 from Defendant USA Labor for Hire, Inc., and $5,000 from Defendant RC Global Energy Group, Inc.); 4) $50,000 in punitive damages ($40,000 from Defendant Oleg Tsimbler, $5,000 from Defendant USA Labor for Hire, Inc., and $5,000 from Defendant RC Global Energy Group, Inc.); 5) $173,630 in attorneys' fees; 6) $5,318.80 in costs; and 7) Post-judgment interest, which shall be calculated from the date the Clerk of Court enters judgment until the date of payment, using the rate set forth in 28 U.S.C. § 1961(a); and the Clerk

of Court having calculated the prejudgment interest at the rate set forth above, and the interest being $37,257.57; it is

ORDERED and ADJUDGED that Defendants' motion for a new trial pursuant to Federal Rules of Civil Procedure 50(b) and 59 or, in the alterative, remittitur, is denied; that Plaintiff's motion for attorneys' fees, costs, and pre- and post-judgment interest is granted; that judgment is hereby entered in favor of Plaintiff and against Defendants in the total amount of $476,206.37 plus post-judgment interest, which shall be calculated from the date the Clerk of Court enters judgment until the date of payment, using the rate set forth in 28 U.S.C. § 1961(a).

| | |
|---|---|
| Dated: Brooklyn, NY<br>July 3, 2024 | Brenna B. Mahoney<br>Clerk of Court |
| | By: */s/Jalitza Poveda*<br>Deputy Clerk |